In the Matter of the Application of Mary Augusta Requa, Appellant, that a Writ of Mandamus Issue to The Board of Education, The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. Frank Strakac and Frederick Bock, Doing Business under the Firm Name of The Williamsbridge Novelty Theatre, Appellants, v. William J. Gaynor, as Mayor of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Polish Socialist Alliance, Appellant, v. Edward Slowik, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Celia Spirn, Appellant, v. Louis J. Ladinski, Respondent.—Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

David D. Mallory v. Jacob M. Ehrlich.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Peter J. Lamb v. Eugene Galland.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York v. John Olssen.— Motion to dismiss appeal granted.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John B. Hyatt v. Arthur O. Granger.— Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Julius Robinson v. Morris Lowenstein and Others.— Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Sidney Seltzer, an Infant, etc., v. Jacob Stein.—Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

James S. Meng, as Receiver, etc., v. Frederick Fischer.— Application granted.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Robert Gerson and Others v. Max Blanck and Others.— Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jacob Nudelman an Infant, etc., v. Borden's Condensed Milk Company.— Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Hyman Nudelman v. Borden's Condensed Milk Company.— Application denied, with ten dollars costs.    Order signed.    Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.